PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:22-po-00134-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~Proposed~~] |
| | ) | ORDER TO CONTINUE BENCH TRIAL |
| v. | ) | |
| | ) | DATE:  June 13, 2022 |
| ANDRIA GRAFFLIN, | ) | TIME:  9:00 a.m. |
| | ) | JUDGE: Hon. Allison Claire |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**STIPULATION**

The United States of America, by and through its counsel of record, and the defendant stipulate as follows:

1.    By previous order, this matter was scheduled for a bench trial on June 13, 2022 at 9:00 a.m.

///
///
///
///
///
///

1    2.   By this stipulation, the parties now jointly move to

2 continue the bench trial to July 11, 2022 at 9:00 a.m.

3    IT IS SO STIPULATED.

4

5 DATED: June 7, 2022            PHILLIP A. TALBERT
                                United States Attorney
6

7                        By:  */s/ John Scanlon*
                              JOHN E. SCANLON
8                              Special Assistant U.S. Attorney

9

10                             */s/ Andria Grafflin*
                              ANDRIA Grafflin
11                             Defendant
                              (*Approved via email on 6/7/2022*)
12

13

14

15

16                   **[~~PROPOSED~~] FINDINGS AND ORDER**

17    IT IS SO ORDERED, that the bench trial currently scheduled on

18 June 13, 2022 at 9:00 a.m. is continued to July 11, 2022 at 9:00 a.m.

19

20    FOUND AND ORDERED this 7th day of June 2022.

21

22

23 ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28