UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:22-po-00134-AC |
| --- | --- | --- |
| Plaintiff, | ) ) | [~~Proposed~~]ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| ANDRIA GRAFFLIN, | ) ) | DATE:  July 11, 2022 TIME:  9:00 a.m. |
| Defendant. | ) ) ) ) | JUDGE: Honorable Allison Claire |

    It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:22-po-00134-AC is GRANTED.

    It is further ordered that the bench trial scheduled on July 11, 2022, is vacated.

    IT IS SO ORDERED.

Dated: July 8, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL      1      U.S. v. ANDRIA GRAFFLIN